OFFICE OF THE GENERAL COUNSEL
Claudia E. Aguayo, General Counsel (SBN 8351)
Frank Z. LaForge, Assistant General Counsel (SBN 12246)
Scott H. Husbands, Assistant General Counsel (SBN 11398)
University of Nevada, Reno
1664 N. Virginia Street/MS0550
Reno, Nevada 89557-0550
(775) 784-3493
(775) 327-2202 fax
caguayo@unr.edu
flaforge@unr.edu
shusbands@unr.edu

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAHLIA DWEDAR,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA RENO,<br><br>Defendant. | Case No. 3:24-CV-00583-MMD-CLB<br><br>**ORDER GRANTING STIPULATION REGARDING EXCHANGE OF INITIAL DISCLOSURES**<br>**(First Request)** |

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(C), LR IA 6-2, LR 7-1 and LR 26-3, Plaintiff Dahlia Dwedar ("Plaintiff") appearing through counsel of record Trevor J. Hatfield, Esq., Defendant Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Reno ("UNR") appearing through counsel of record Claudia E. Aguayo, Esq., Frank Z. LaForge, Esq. and Scott H. Husbands, Esq., ") hereby stipulate and agree that the parties will exchange their FRCP 26(a)(3) initial disclosures on or before May 12, 2025.  The parties briefly met and conferred for their FRCP Rule 26(f) conference on April 4, 2025.  Per FRCP 26(a)(1)(C), the parties' initial disclosures were to be

exchanged by April 18, 2025 which is the date that is 14 days after the parties' Rule 26(f) conference. The parties met and conferred during the week of April 14 about the need for a follow up Rule 26(f) conference. The parties agreed to conduct a follow up Rule 26(f) conference during the week of April 21 to discuss case-related issues in further detail. During their meet and confer, the parties also discussed a mutually agreeable date for exchange of their initial disclosures. Both parties' counsel have been occupied on other matters and both parties require additional time to collect, review, and produce their initial disclosures. The parties selected May 12, 2025 as that would allow time for the parties to review the disclosures in preparing the early neutral evaluation statements that are due on May 27, 2025.

The parties respectfully request the Court order that the parties exchange their FRCP 26(a)(1) disclosures on or before May 12, 2025. This request is not for the purpose of delay. This is the parties' first request to extend the date that their initial disclosures are due.

STIPULATED and DATED this 22nd day of April, 2025.

| /s/ Trevor J. Hatfield | /s/ Scott H. Husbands |
|---|---|
| Trevor J. Hatfield (SBN 7373) | Claudia E. Aguayo (SBN 8351) |
| Hatfield & Associates, Ltd. | Frank Z. LaForge (SBN 12246) |
| 703 S. 8th Street | Scott H. Husbands (SBN 11398) |
| Las Vegas, Nevada 89101 | Office of the General Counsel |
| (702) 388-4469 | University of Nevada, Reno |
| (702) 386-9825 fax | 1664 N. Virginia Street/MS0550 |
| thatfield@hatfieldlawassociates.com | Reno, Nevada 89557-0550 |
| | (775) 784-3493 |
| | (775) 327-2202 fax |
| | caguayo@unr.edu |
| | flaforge@unr.edu |
| | shusbands@unr.edu |
| **Attorney for Plaintiffs** | **Attorneys for Defendant** |

**IT IS SO ORDERED.**    DATED: April 23, 2025

_____
UNITED STATES MAGISTRATE JUDGE

2