TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAHLIA DWEDAR, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA, RENO,<br><br>    Defendant. | CASE NO: 3:24-cv-00583-MMD-CLB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE CASE MANAGEMENT REPORT AND DPSO**<br><br>**(First Request)** |

Plaintiff DAHLIA DWEDAR (hereinafter "Plaintiff"), by and through her counsel, Trevor J. Hatfield, Esq., of Hatfield & Associates, Ltd., files his Motion for Extension of Time to File Case Management Report to May 12, 2025. The Case Management Report is due today, May 5, 2025, pursuant to ECF # 15.

This motion is based upon the pleadings and papers on file herein and the attached Memorandum of Points and Authorities

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

This is an employment discrimination action arising under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Sections 2000e, *et seq*. and related causes of action for

1

discrimination in the workplace filed by a former professor of Defendant. Plaintiff moves for an extension of time to file a Case Management Report. Good cause exists for this extension. The parties met and conferred for their FRCP Rule 26(f) conference on April 4, 2025. Defendant requested to have another case conference meeting and has drafted and submitted a Stipulation and Order regarding disclosures, ECF #17, but the parties' counsel have not been able to meet to discuss creating a Joint Case Management Report. Plaintiff's Counsel files this motion requesting an extension of the deadline to May 12, 2025 to file the Report and Discovery Plan and Scheduling Order. It is believed that Defendant's counsel is not going to oppose the motion but is out of the office and unavailable to stipulate to the extension requested hence the motion.

Dated this 5th day of May, 2025.

**HATFIELD & ASSOCIATES, LTD.**

By: /s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703    South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
    *Attorney for Plaintiff*

**IT IS SO ORDERED.**

**DATED:** May 6, 2025

_____
UNITED STATES MAGISTRATE JUDGE

2